## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

LAWYERIST MEDIA, LLC,

        PLAINTIFF,

V.

PEERVIEWS, INC.,

        DEFENDANT.

CIVIL NO.   11-CV-681 (SRN/TNL)

**ORDER**

---

TO:    Plaintiff and Plaintiff's attorneys Jason A. Fischer and Marc J. Randazza, Randazza Legal Group, 3969 4th Avenue, Suite 204, San Diego, CA 92103; Samuel J. Glover, The Glover Law Firm, LLC, 125 Main Street SE, Suite 250 , Minneapolis, MN 55414;

Defendant and Defendant's attorneys Joel D. Leviton, Fish & Richardson PC, 60 S 6th Street, Suite 3200, Minneapolis, MN 55402; Kristen McCallion, Fish & Richardson PC, 601 Lexington Avenue, 52nd Floor, New York, NY 10022.

On August 25, 2011, Defendant filed a Motion to Dismiss (Docket No. 16) in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the Motion to Dismiss being denied or granted in part, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling a pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence;

striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated:  August 26, 2011

*s/ Tony N. Leung*
Magistrate Judge Tony N. Leung
United States District Court
*11CV681 SRN-TNL*
*Lawyerist Media, LLC vs. PeerViews, Inc.*