## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lawyerist Media, LLC,<br><br>      Plaintiff<br><br>v.<br><br>PeerViews, Inc.,<br><br>      Defendant. | Case No. 0:11-cv-00681-SRN-TNL |

### STIPULATION OF DISMISSAL

WHEREAS, Lawyerist Media, LLC (hereinafter, "Lawyerist"), has filed the above-captioned action seeking declaratory relief against PeerViews Inc. ("PeerViews"), and cancellation of Trademark Reg. Nos. 3,832,551 and 3,747,924, for the marks SMALLLAW and BIGLAW, respectively; and

WHEREAS, PeerViews disputes the basis for Lawyerist's asserted claims; and

WHEREAS, Lawyerist intends to seek cancellation, by petition to the Trademark Trial and Appeal Board (the "TTAB"), of Trademark Reg. Nos. 3,832,551 and 3,747,924, of the marks SMALLLAW and BIGLAW, respectively (collectively, the "Marks"), which Lawyerist believes have been registered to PeerViews in error;

THEREFORE, IT IS HEREBY STIPULATED and AGREED, by and between Lawyerist and PeerViews, and by their attorneys, that:

1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action, and all claims and defenses asserted in this action are dismissed with prejudice.

2. Notwithstanding Paragraph 1, Lawyerist may petition to cancel the Marks at the TTAB.

3. The parties hereby release each other from any and all known trademark infringement claims based on the Marks, which claims the parties had or now have, based upon any conduct, matter or thing occurring up to and through the date of filing of this Stipulation.

4. PeerViews hereby knowingly and voluntarily waives any claim it might otherwise have under Fed. R. Civ. P. 41(d).

5. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted, this 23rd day of November, 2011.

The Glover Law Firm, LLC

By: *s/ Samuel J. Glover*
Samuel J. Glover (MN #327852)
The Glover Law Firm, LLC
125 Main Street SE, #250
Minneapolis, MN 55414
612.234.5689
samglover@theglf.com
www.startuplawyer.mn

RANDAZZA LEGAL GROUP

By: *s/ Marc J. Randazza*
Marc J. Randazza (FL #625566)
(admitted *pro hac vice*)
mjr@randazza.com
RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131

FISH & RICHARDSON P.C.

By: *s/ Joel D. Leviton*
Joel D. Leviton (MN #0308687)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Kristen McCallion (NY #4428470)
(admitted *pro hac vice*)
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY 10022
Tel: (212) 765-5070
Fax: (212) 258-2291

Attorneys for Defendant
PeerViews Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2011, a true and correct copy of the foregoing has been filed with the Clerk of the Court, via the CM/ECF system, which will provide electronic notification of the filing to all parties and counsel of record.

    *s/Jason A. Fischer*