## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Lawyerist Media, LLC,

               Plaintiff,               Civil Case No. 11-0681 (SRN/TNL)

v.

                                       **ORDER OF DISMISSAL**

PeerViews, Inc.,

               Defendant.

_____

Based upon the Stipulation of Dismissal filed by the parties on November 28, 2011 [Docket No. 22],

**IT IS HEREBY ORDERED** that all claims in this action are hereby dismissed with prejudice, with each party to bear its own legal fees, costs and expenses.

Dated: November 29, 2011

                                                   s/Susan Richard Nelson
                                                 Susan Richard Nelson
                                                 United States District Judge